**ROSALIND DIGGS BROOKS SENNETT**

**VERSUS**

**IRVIN P. BOUDREAUX, SR. AND IRVIN P. BOUDREAUX, JR.**

\* NO. 2023-CA-0013

\* COURT OF APPEAL

\* FOURTH CIRCUIT

\* STATE OF LOUISIANA

\*

\*

\* \* \* \* \* \* \*

**BELSOME, J., CONCURS IN THE RESULT**